**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>LORENZO ANTHONY WYCHE JR.<br><br>Debtor(s) | Case No. 10-97723-JRS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Adam M. Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/16/2010.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 03/24/2011.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $5,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK, FSB | Unsecured | 1,358.00 | 1,175.22 | 1,175.22 | 0.00 | 0.00 |
| American Express Centurion Bank | Unsecured | NA | 4,285.89 | 4,285.89 | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIA Card Services, N.A. | Unsecured | 19,350.00 | 18,364.35 | 18,364.35 | 0.00 | 0.00 |
| FIA Card Services, N.A. | Unsecured | 0.00 | 17,082.95 | 17,082.95 | 0.00 | 0.00 |
| FIA Card Services, N.A. | Unsecured | 0.00 | 11,720.55 | 11,720.55 | 0.00 | 0.00 |
| GEMB SERVICING CO., INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPT. OF REVENUE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 140,000.00 | 397,341.36 | 397,341.36 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 121,000.00 | 6,960.62 | 6,960.62 | 0.00 | 0.00 |
| MACY'S | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEM | Unsecured | 16,544.00 | NA | NA | 0.00 | 0.00 |
| PDQ SERVICES | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 254,000.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WINGS FINANCIAL FEDERAL C.U. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WINGS FINANCIAL FEDERAL C.U. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WINGS FINANCIAL FEDERAL C.U. | Secured | 26,000.00 | 27,144.77 | 27,144.77 | 0.00 | 0.00 |
| WINGS FINANCIAL FEDERAL C.U. | Secured | 0.00 | 7,703.10 | 7,703.10 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,847.87 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$34,847.87** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $397,341.36 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$397,341.36** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$59,589.58** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/13/2011         By:/s/ Adam M. Goodman
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                          )     CASE NO. 10-97723-JRS
LORENZO ANTHONY WYCHE JR.     )
                                                     )
                                                     )
DEBTOR                                       )

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   LORENZO ANTHONY WYCHE JR.
   554A PIEDMONT AVE
   ATLANTA, GA  30308


   MILTON D. JONES
   P.O. BOX 503
   MORROW, GA  30260


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  04/13/2011                                          /S/
                                                   Adam M. Goodman, Chapter 13 Trustee
                                                   State Bar No. 300887
                                                   STANDING CHAPTER 13 TRUSTEE
                                                   260 PEACHTREE STREET
                                                   SUITE 200
                                                   ATLANTA, GA  30303
                                                   (678)510-1444
                                                   trustee@13trusteeatlanta.com


**UST Form 101-13-FR-S (9/1/2009)**